UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EUGENE MOORE,

        Plaintiff       **Notice of Substitution**
                        15-cv-4365-ENV-JO

 -against-

THE CITY OF NEW YORK, et al.

        Defendants.

---

  Please take notice that the Law Office of Michael Lamonsoff has substituted the Law Firm of Stoll, Glickman & Bellina who had previously substituted The Law Offices of Jeffrey Chadbrowe as representatives for the plaintiff, Eugene Moore, in this matter. As such, the docket should no longer reflect those firms as counsel for Plaintiff. Attached as Exhibit "A" is an executed Consent to Change Attorney signed by the plaintiff in this case as well as a representative of Stoll Glickman & Bellina.

                        Respectfully Submitted,

                        MATTHEW SHROYER
                        Law office of Michael Lamonsoff
                        Attorneys for Plaintiff
                        *EUGENE MOORE*