UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EUGENE MOORE,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al,

        Defendants
---------------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

Index No.: 15-cv-4365

IT IS HEREBY CONSENTED THAT the LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC of Financial Square at 32 Old Slip - 8th FL, be substituted as attorney(s) of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
       September 4, 2015

_____
Eugene Moore

_____
LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC
Incoming Attorneys

_____
Law Offices of Stoll, Glickman, & Bellina
Outgoing Attorneys

STATE OF NEW YORK

COUNTY OF NEW YORK

On the 9th day of September, 2015, before me personally came **EUGENE MOORE**, to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

Sandra Ferrari
Notary Public

SANDRA FERRARI
NOTARY PUBLIC, State of New York
No. 01FE6033290
Qualified in Kings County
Commission Expires November 15, 2017